IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN BALLARD, *Trustee*,<br>MID-CENTRAL OPERATING<br>ENGINEERS HEALTH AND WELFARE<br>FUND, <br><br>*Plaintiffs*,<br><br>vs.<br><br>RCM CONSTRUCTION INC.<br><br>*Defendant*. | No. 1:13-cv-1751-JMS-DKL |

**ADOPTION OF REPORT AND RECOMMENDATION**

On June 26, 2015, the Magistrate Judge submitted her Report and Recommendations, [Filing No. 35], on Plaintiffs' Motion for Default Judgment as to Permanent Injunction, [Filing No. 29]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. No objections were filed.

The Court, having considered the Magistrate Judge's Report and Recommendations, finds them to be appropriate and hereby adopts them in full, except that the word "trusteed" in Paragraph 1 is changed to "trustees" and the proposed final judgment and permanent injunction will be combined into one separate document pursuant to Federal Rule of Civil Procedure 58. [Filing No. 35.] Final Judgment and Permanent Injunction will enter accordingly.

Date: 7/15/2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via first-class mail to:**

RCM Construction, Inc.
c/o John M. Raef, Registered Agent
9880 S CR 800 W
Fairmount, Indiana, 46928

**Electronic Copies via CM/ECF to:**

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE LLP
fdennerline@fdgtlaborlaw.com

James Richard Myers, Jr.
FILLENWARTH DENNERLINE GROTH & TOWE LLP
jmyers@fdgtlaborlaw.com